IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

LOLA LUCIO, Individually,  :
        Plaintiff,  :

v.  :  Case No. 4:22-cv-10233

GALLERIA DEVELOPMENT, LTD  :
A Domestic Company

And  :

BANGKOK PEPPERS TOO, INC.  :
A Domestic Company

        Defendant.
_____

## PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT BANGKOK PEPPERS TOO, INC. WITHOUT PREJUDICE

COMES NOW Plaintiff Lola Lucio, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses defendant Bangkok Peppers Too, Inc. without prejudice.

Dated: March 3, 2022

    Respectfully Submitted,

    By: /s/ Pete M. Monismith
    Pete M. Monismith
    Attorney for Plaintiff
    3945 Forbes Ave., #175
    Pittsburgh, PA 15213
    (tel) 724-610-1881
    (fax) 412-258-1309
    pete@monismithlaw.com