UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOLA LUCIO,

                Plaintiff,

v.

ALLEN PARK GROUP, LLC,

                Defendant.
_____/

Case No. 2:22-cv-10233

HONORABLE STEPHEN J. MURPHY, III

**ORDER TERMINATING
<u>DEFENDANT GALLERIA DEVELOPMENT, LTD.</u>**

When Plaintiff amended the complaint, Defendant Galleria Development was dropped and Defendant Allen Park Group was added. ECF 6. The Court will therefore order the Clerk of the Court to terminate Galleria Development from the case caption.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **TERMINATE** Defendant Galleria Development, Ltd.

       **SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: June 15, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2022, by electronic and/or ordinary mail.

                                          s/ David P. Parker
                                          Case Manager